394 A.2d 622

Hartjen v. Hartjen, Appellant.

Argued June 15, 1978. O. Randolph Bragg, for appellant; Robert Landy, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

394 A.2d 622

Hutchko et al., Appellants, v. Coll.

Argued June 19, 1978. Edwin F. McCoy, for appellants; R. Barry McAndrews, for appellee.

Order affirmed.